United States District Court
Southern District of Texas
**ENTERED**
March 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SHIRLEY ROMBOUGH, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-651 |
| | § | |
| GUY BAILEY, *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Opinion of March 21, 2017,[1] Plaintiff's claims against Defendants having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 23rd day of March, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 18.